02/05/2009  16:49    917-262-3505              MARC ECKO ENTERPRISE                    PAGE  01/02



# marc eckō
## enterprises

Stephen A. Fefferman
Assistant General Counsel
40 West 23rd Street, 3rd Floor
New York, NY 10010
Tel: (917) 262-1312
Fax: (917) 262-3505
stephenf@ecko.com

# Fax

| Date: | Number of Pages Including Cover: |
|---|---|
| 2/5/09 | 2 |

**To:** Kristopher E. Storti

**Fax Number:** 310-451-9992

**Phone Number:** 310-451-9990

**RE:** Alleged Infringement of Bruce Lee Image

**Notes / Comments:**

Please see the attached.

EXHIBIT 1

# marc eckō
## enterprises

**Stephen A. Pfefferman**
Assistant General Counsel
40 West 23rd Street, 3rd Floor
New York, NY 10010
Tel: (917) 262-1312
Fax: (917) 262-3505
stephenf@ecko.com

February 5, 2009

<u>Via Facsimile</u>

Mr. Kristopher E. Storti
Bruce Lee Enterprises
1460 4th Street, Suite 210
Santa Monica, CA 90401

Re:   *Alleged Infringement of Bruce Lee Image*

Dear Mr. Storti,

We are in receipt of your letter dated January 27, 2009 alleging infringement by Ecko Unltd. of certain rights owned or controlled by your company. Please note that such images were used under license from A.V.E.L.A. Inc. ("AVELA"). AVELA has confirmed that it has all right necessary to grant Ecko Unltd. such license in the subject image. Accordingly, if you wish to pursue this matter further, you should proceed directly with AVELA.

AVELA can be contacted at the following address:

A.V.E.L.A. Inc.
1135 Terminal Way, #209
Reno, NV 89502
Attn: Leo Valencia

This letter is sent without prejudice to all of our rights, remedies and defenses, all of which are expressly reserved hereby.

Sincerely,

Stephen A. Pfefferman

cc:   Leo Valencia, A.V.E.L.A. Inc.