USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/29/12

# SovichMinch LLP
### LEGAL AND PROFESSIONAL COUNSELORS
10099 Chesapeake Drive, Suite 100, McCordsville, Indiana 46055
Telephone: 317.335.2601  Facsimile: 317.335.3602
WWW.SOVICHMINCH.COM

**BY ECF**



RECEIVED
MAY 29 2012
CHAMBERS OF
ANDREW J. PECK

*Via Facsimile Only (212-805-7933)*

May 25, 2012

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 20 D
New York, New York 10007-1312

Re:  *Bruce Lee Enterprises, LLC v. A.V.E.L.A., Inc., et al.*
     Case No 1:10-cv-2333 (LTS)(AJP)

**MEMO ENDORSED** 5/29/12

1. Below SJ motion schedule reluctantly approved - no further extensions.
2. PTO & motions in limine due 30 days after Court decides SJ motion.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

w/ cpy app! All counsel
+ Judge Nathan

Dear Honorable Judge Peck:

I represent Plaintiff Bruce Lee Enterprises, LLC ("BLE") in the above captioned matter.

Pursuant to the Minute Entry dated September 27, 2011 (Dkt 126), dispositive motions are due in this case on or before June 18, 2012. In light of the prior adjustments in the discovery schedules and in light of the fact that based upon those adjustments, discovery finally proceeded in earnest, (and, frankly, the parties' discovery exchange once discovery was placed back on track, has been voluminous), the parties believe an adjustment in the dispositive motion cut off is just, necessary, and proper.

Based upon the foregoing, the parties respectfully request that the dispositive motion cut off in this Case be extended to and including July 31, 2012. The parties likewise respectfully request that they have until and including August 28, 2012 to oppose each other's respective dispositive motions and the parties' replies would be due on or before September 11, 2012.

Finally, in reviewing the case schedule, the final pre-trial conference in this matter, as set by the Honorable Judge Swain was set for July 13, 2012 at 11:00 o'clock a.m. (See Dkt 117); the setting of the final pre-trial conference date triggered several other operative dates for the parties, including but not limited to the filing of motions in limine (May 14, 2012 (expert) / June 13, 2012 (non expert), preliminary conference (May 30), (and the joint pre-trial statement (July 6, 2012). The foregoing dates have not been adjusted despite the afore-referenced extensions of discovery cut offs and the earlier adjustment of dates following the parties' second settlement conference (Dkt 126). Moreover, these dates have not been adjusted since Judge Nathan assumed this case (though a scheduling and status conference is set with Judge Nathan on June 1, 2012) (Dkt 146).

The Honorable Judge Andrew J. Peck
May 25, 2012
Page 2 of 2

The foregoing matters, exclusive, perhaps, of the request as to the dispositive pleading cutoff, will likely be discussed at the June 1, 2012 conference. However, we preemptively bring the foregoing scheduling issues to the Court's attention merely to point out that there are dates set early in this matter that have never been adjusted despite the various extensions of deadlines to accommodate settlement discussions between the parties and the entry of new counsel / alternative counsel for Defendants in this Case.

Counsel for the parties have conferred regarding the request to extend the dispositive pleadings cutoff and all join in said request.

Thank you for your attention to the foregoing and for your anticipated assistance where the foregoing matters are concerned.

Respectfully Submitted,

Theodore J. Minch
Counsel to Plaintiff, Bruce Lee Enterprises, LLC
*Admitted Pro Hac Vice*

TJM/law

cc: Bonnie L. Mohr, Esq.
bonnie@mohresq.com

Melissa Woo Allen, Esq.
melissa.wooallen@yahoo.com

Erach Screwvala, Esq.
erach@screwvalallc.com

James R. Steffen, Esq.
jrsteffen@faegre.com