**Exhibit 1:**
**Dr. Bruce Isaacson CV and Testimony Experience**

**MMR STRATEGY GROUP**
Marketing & Management Research

16501 Ventura Boulevard, Suite 601, Encino, CA 91436 • Phone (818) 464-2400 • Fax (818) 464-2399 • www.mmrstrategy.com

# DR. BRUCE R. ISAACSON, DBA, MBA

**Summary of Qualifications**

- Expertise in surveys, marketing, and strategy.
- Experience in intellectual property surveys, testimony and rebuttals.
- Doctorate and MBA, Harvard Business School; Bachelor of Science in Engineering, Northwestern University.

---

***MMR Strategy Group, Encino, CA*** 2005 - Present
**PRESIDENT**

MMR provides surveys, analysis, and consulting to measure the attitudes and behaviors of customers and prospective customers. MMR surveys and testimony provide evidence for intellectual property litigation and claim substantiation. MMR projects help commercial clients grow by using marketing research and consulting to develop marketing and sales strategies.

- **MMR's commercial clients** have included Farmers Insurance Group, Smart & Final, Alberto-Culver, Nestle USA, Sega Entertainment USA, Cigna, Oreck, The Goodyear Tire & Rubber Company, The Coca-Cola Company, and other companies.
- **MMR's legal clients** have included Baker & Hostetler, Munger, Tolles & Olson; Farella, Braun & Martel; Shook, Hardy & Bacon; Baker & McKenzie, and other firms.
- As President, I design studies, manage research projects, and provide consulting for clients. I have conducted hundreds of surveys during my career.
- I regularly provide surveys, testimony, and rebuttals for intellectual property litigation and claim substantiation matters. I have experience with a wide variety of authorities, including Federal Court, the Trademark Trial and Appeal Board, the National Advertising Division of the Better Business Bureau, and other venues as well.
- I frequently speak and write on topics relating to marketing, surveys, and strategy.

---

**Education**

- Doctor of Business Administration in Marketing, **Harvard Business School**, 1995. Awarded Dean's Doctoral Fellowship.
- MBA with High Distinction, **Harvard Business School**, 1991. Graduated in top 5% of class as a Baker Scholar.
- Bachelor of Science in Engineering with focus on Regional Development, **Northwestern University Technological Institute,** 1985.

**Prior Professional Experience**

*Fairview Company, Calabasas, CA* 2002 - 2004
MANAGING DIRECTOR

- **West Coast Practice Leader of Executive Development for Monitor Group.** Designed and managed marketing and strategy executive education programs. Developed curriculum, served as lead faculty on programs for Fortune 100 clients in industries including consumer products, biotechnology and technology.
- **Consulted with clients in technology, software, and financial services.** Provided consulting services in marketing and strategy.

*Intuit/Digital Insight, Calabasas, CA* 2001 - 2002
SENIOR VICE PRESIDENT FOR PRODUCTS, MARKETING, AND ALLIANCES

- **Managed business lines for $130 million provider of outsourced banking services/software.** Directed marketing, strategy, alliances, mergers, acquisitions, resellers, and pricing for 9 business lines. Managed $29 million budget and staff of 40. Contributed to 38% revenue growth.
- **Built product management and strategy functions.** Set priorities for $22 million R&D budget, pared down 370 projects to focus on high return categories. Directed $51 million acquisition and post-merger conversion of 150 new clients. Created and managed 7 cross-functional teams for key initiatives.

*Move, Inc., Westlake Village, CA* 1999 - 2001
PRESIDENT, HOME SERVICES

- **Founded home services division for software/services provider to real estate industry.** Directed business unit for new division as one of 5 division presidents. Built alliances with associations including National Association of Homebuilders and American Institute of Architects.

*PHH Corporation* (NYSE: PHH), *Mortgage Division, Mount Laurel, NJ* 1997 - 1999
VICE PRESIDENT, MARKETING

- **Directed marketing for $26 billion outsourced mortgage services division.** Company provided private label loans and loan servicing for customers and partners, including Wells Fargo, USAA, Coldwell Banker, Century 21. Served on 14-member Executive Committee. Managed $14 million budget and 60 people in marketing, research, public relations, advertising, strategic planning, business development and e-commerce.
- **Created collateral for selling, processing, and closing loans distributed to 750,000 customers annually.** Redesigned sales materials used by 150-person sales force. Created point-of-sale materials and placed in 1,600 real estate offices nationwide. Negotiated co-marketing deals with software, real estate, financial service companies.

- **Built online platform to originate, close and service mortgages.**
  Created co-branded system used by 1,400 partners to originate $700 million in mortgages in 2000.  Integrated system with more than 2,000 sales and customer service reps.

*Boston Consulting Group, Chicago, IL*                                       1995 to 1997
**CONSULTANT**

- **Consulted in marketing, strategy and distribution for $1 billion international strategy consulting firm.**
  Designed and rolled out database marketing program for international supermarket chain. Developed purchasing strategy across 14 business units for $3 billion consumer goods company.
  Evaluated market strategy for $800 million division of paper goods company.

*Harvard Business School, Cambridge, MA*                                     1991 to 1995
**DEAN'S DOCTORAL FELLOW**

- **Developed and implemented multi-year research project analyzing buyer-supplier alliances.**
  Authored 14 publications including best-selling case studies and articles in distribution, sales, supplier management, purchasing, branding, new products.  Taught in Babson College Executive MBA program.

*E&J Gallo Winery, Modesto, CA*                                              1990
**MBA INTERN**

- Summer intern at global winery.  Developed packaging strategy, distribution and retailer incentive programs for the wine cooler category.

*Long Wharf Trading Company, Danvers, MA*                                    1986 to 1989
**PRESIDENT & CO-FOUNDER**

- **Co-founded company manufacturing high quality sewn products for advertising premiums.**
  Directed 30 employees.  Clients included banks, universities, corporations, schools and museums.  Company was featured with full-page story in *Inc. Magazine* for innovative strategy.

*Parsons Corporation/Barton-Aschman Associates, Evanston, IL*                1985 to 1986
**ASSOCIATE CONSULTANT**

- **Conducted strategic and operations planning for public transportation systems at global construction and regional planning company.**
  Received *President's Award* for outstanding initiative and performance.

**Honors, Appointments, Affiliations**

- Member, American Marketing Association (AMA)

- Member, Counsel of American Survey Research Organizations (CASRO)

- Member, International Trademark Association (INTA)

- Member, Marketing Research Association (MRA)

- Editorial Board, *Journal of Business-to-Business Marketing,* 1994 – present

- Member, *The Trademark Reporter* Committee, International Trademark Association, 2010 - present

- Policy Advisory Board, Joint Center for Housing Studies at Harvard University, 1999 - 2001

- Winner, Doctoral Dissertation, Institute for Study of Business Markets, Penn State, 1994

- George S. Dively Award for Innovative Research, Harvard Business School, 1993

- George F. Baker Scholar, Harvard Business School (top 5% of class), 1991

- Dean's Doctoral Fellowship, Harvard Business School, 1993 -1995

**Selected Speaking Engagements**

Frequent speaker at industry conferences and client events on topics relating to marketing and strategy, including:

- Moderator, round table discussion entitled, "Replicating Marketplace Conditions in Trademark Surveys", International Trademark Association Annual Conference, 2011.
- Moderated round table discussion entitled, "The Use of Surveys in Intellectual Property Litigation", International Trademark Association Annual Conference, 2010.
- Faculty on panel at expert forum entitled, "Litigating & Resolving Advertising Disputes", American Conference Institute, June, 2010.
- "The Use of Online Surveys in Intellectual Property Litigation". Presentation to the National Advertising Division (NAD) Annual Conference, October, 2009.
- "The Death of the Focus Group: Non-Traditional Research to Create Deeper Customer Insight." Presentation to American Marketing Association Annual Marketing Research Conference, September, 2008.
- "Understanding Your Customer and Making Tough Strategic Choices," International Restaurant & Foodservice Show of New York, March, 2008.
- "Measuring Consumer Attitudes and Behaviors in Intellectual Property Litigation," Continuing Legal Education (CLE) seminar presented to audiences including:
    - Orange County Bar Association, November 2007.
    - Baker Botts, LLP, March, 2008.
    - Amster, Rothstein & Ebenstein LLP, March, 2008.
    - Fulwider Patton, LLP, March, 2008.
- "Understanding Today's Customers and Making Tough Choices – Lessons Learned From Starbucks," Western Foodservice & Hospitality Expo, August 2007.
- "What Can We Learn from Customer Satisfaction Studies?" Real Trends Marketing & Technology Expo, September 2006.

## PUBLICATIONS

**Why Online Consumer Surveys Can Be a Smart Choice in Intellectual Property Cases** (with Dr. Jonathan Hibbard and Dr. Scott Swain). Intellectual Property Law Newsletter of the American Bar Association, Intellectual Property Law Section, May 2008.

**Bose Corporation: The JIT II Program (A), (B), (C), and (D)** (with Professor Roy Shapiro). Harvard Business School cases 9-694-001, -002, -003, and –004.

**Bose Corporation: The JIT II Program Teaching Note.** Harvard Business School teaching note 5-695-017.

**Buyer-Supplier Relationships: Antecedents, Management and Consequences.** Harvard Business School doctoral dissertation, 1996.

**Goodyear: The Aquatred Launch** (with Professor John Quelch). Harvard Business School case 9-594-106. *Best seller.*

**Goodyear: The Aquatred Launch Teaching Note** (with Professor John Quelch). Harvard Business School teaching note 5-595-016.

**Industrial Marketing** (with Professor V. Kasturi Rangan). In *AMA Management Handbook, Third Edition,* edited by John J. Hampton. New York: Amacom Books, 1994, pp. 2-101 to 2-108.

**Managing Buyer-Supplier Relationships.** Preface to *JIT II: Revolution in Buying and Selling*, edited by Lance Dixon and Anne Millen Porter. Newton, MA: Cahners Publications, Inc., 1994

**Philip Morris: Marlboro Friday (A) and (B).** Harvard Business School case 9-596-001 and –002.

**Scope and Challenge of Business-to-Business Marketing** (with V. Kasturi Rangan). Harvard Business School class note 9-594-125.

**Vistakon: 1 Day Acuvue Disposable Contact Lenses** (with Alvin J. Silk and Marie Bell). Harvard Business School case 9-596-087.

**What is Industrial Marketing?** (with Professor V. Kasturi Rangan). Harvard Business School class note 9-592-012.

## SELECTED COURSES TAKEN IN MBA AND DOCTORAL PROGRAMS

- Economics and Finance, including topics such as Managerial Economics; Financial Reporting and Accounting; Business, Government, and the International Economy; Corporate Finance; Product Costing; Microeconomic Theory.

- Marketing and Strategy, including topics such as Marketing; Marketing Foundations Readings; New Products; Marketing Implementation; Service Management; Research Issues in Marketing; Buyer Behavior; Industrial Marketing and Procurement; Industry and Competitive Analysis; Communications.

- Sociology and Psychology, including Organizational Behavior; Human Resources; Social Behavior in Organizations; Readings in Administration (two courses); Management Policy and Practice.

- Statistics, including Statistical Inference; Social Network Analysis; Applied Data Analysis; Analyzing Covariance Structures.

- Research Methods and Research Design, including Doctoral Research Seminar; Research Design and Measurement; Design of Field Research in Organizational Behavior; Intervention Research and Action Science.

**MMR STRATEGY GROUP**
Marketing & Management Research

16501 Ventura Boulevard, Suite 601, Encino, CA 91436 • Phone (818) 464-2400 • Fax (818) 464-2399 • www.mmrstrategy.com

## Dr. Bruce Isaacson Litigation Expert Witness Experience
## May, 2012

Cases in which Dr. Bruce Isaacson has testified as an expert, including written expert reports or testimony at deposition or trial, in the past four years.

**FLIR Systems, Inc. v. Sierra Media, Inc. and Fluke Corporation**
U.S. District Court, District of Oregon, Portland Division

**Trend Micro, Inc v. Brian Graifman**
U.S. District Court, Northern District of California

**Chameleon Chair, Inc v Richwood Imports and Hall's Rental Services**
U.S. District Court, Central District of California

**Luxco, Inc. v Consejo Regulador Del Tequila, A.C.**
United States Patent and Trademark Office, Trademark Trial and Appeal Board

**Codonics, Inc. v. Datcard Systems, Inc.**
U.S. District Court, Northern District of Ohio

**Kristin Wells and Kimberly Nguyen v. Abbott Laboratories, Inc., EAS, Inc., et al**
Superior Court of the State of California for the County of Los Angeles

**Wham-O, Inc. v. Manley Toys, Ltd, et al.**
U.S. District Court, Central District of California, Western Division

**Nutro Products, Inc. v. Sergeant's Pet Care Products, Inc.**
U.S. District Court, Middle District of Tennessee, Nashville Division

**Clinique Laboratories, LLC v. Absolute Dental Cheyenne Inc.**
U.S. Patent and Trademark Office, Trademark Trial and Appeal Board

**Hansen Beverage Company, d/b/a Monster Beverage Company v. CytoSport Inc.**
U.S. District Court, Central District of California

**James and Mary Jordan et al v. The Scott Fetzer Company**
U.S. District Court, Middle District of Georgia

**Honestech, Inc., v. Sonic Solutions**
U.S. District Court, Western District of Texas, Austin Division

**Richard Dominguez v. UAL Corporation and United Airlines, Inc.**
U.S. District Court, District of Columbia

**JIPC Management, Inc. v. Incredible Pizza Co., Inc. and Incredible Pizza Franchise Group, L.L.C.**
U.S. District Court, Central District of California

**Larry Flynt and LFP Video Group v. Flynt Media Corp, Jimmy Flynt, and Dustin Flynt**
U.S. District Court, Central District of California

**Sara Lee Corporation v. Sycamore Family Bakery, Inc., and Leland Sycamore**
U.S. District Court, District of Utah

**Luv n' Care, Ltd and Admar International, Inc. v. Walgreen Co. and Kmart Corp.**
U.S. District Court, Southern District of New York

**Luv n' Care, Ltd and Admar International, Inc. v. Royal King Baby Product Co., Ltd.**
U.S. District Court, Eastern District of Texas, Marshall Division

**High Voltage Beverages, LLC v. The Coca-Cola Company**
U.S. District Court, Western District of North Carolina

**Quiksilver, Inc. v. Tween Brands, Inc.**
U.S. District Court, Eastern District of Virginia

**Natural Balance Pet Foods v. Royal Canin USA**
U.S. District Court, Central District of California

**Tokidoki, LLC v. Fortune Dynamic Inc.**
U.S. District Court, Central District of California

**Exhibit 2:**
**Photos of Test and Control T-Shirts**

**TEST CELL**



Exhibit 2, Isaacson Expert Report, p. 1

**TEST CELL**





Exhibit 2, Isaacson Expert Report, p. 2

**CONTROL CELL**



**CONTROL CELL**

Exhibit 2, Isaacson Expert Report, p. 4

**Exhibit 3:**
**Demographics of Urban Outfitters Customers**



UR
BN

URBAN OUTFITTERS

BRAND PROFILES
- Urban Outfitters
- Anthropologie
- Free People
- BHLDN
- Terrain

COMPANY GOVERNANCE
- Board of Directors
- Executive Officers
- Contact Officers/Directors

SHOP ONLINE
- Urban Outfitters
- Anthropologie
- Free People
- BHLDN
- Terrain

Founded in 1970, Urban Outfitters operates more than 130 stores in the United States, Canada and Europe, all offering an eclectic mix of merchandise. We stock our stores with what we love, calling on our — and our customer's — interest in contemporary art, music and fashion. From men's & women's apparel and accessories to items for the apartment, we offer a lifestyle-specific shopping experience for the educated, urban-minded individual in the 18 to 30 year-old range — both online and in our stores as well as through our catalog.

©2012 URBAN OUTFITTERS INC.

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

# FORM 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended January 31, 2012

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from to

Commission File No. 000-22754

# URBAN OUTFITTERS, INC.
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| Pennsylvania<br>(State or Other Jurisdiction of Incorporation or Organization) | 23-2003332<br>(I.R.S. Employer Identification No.) |
| 5000 South Broad Street, Philadelphia, PA<br>(Address of Principal Executive Offices) | 19112-1495<br>(Zip Code) |

Registrant's telephone number, including area code: (215) 454-5500

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Exchange on Which Registered |
|---|---|
| Common Shares, $.0001 par value | The NASDAQ Global Select Market LLC |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by checkmark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by checkmark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by checkmark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by checkmark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by checkmark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by a checkmark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter, was $3,956,641,654.

The number of shares outstanding of the registrant's common stock on March 27, 2012 was 144,706,907.

## DOCUMENTS INCORPORATED BY REFERENCE

Certain information required by Items 10, 11, 12, 13 and 14 is incorporated by reference into Part III hereof from portions of the Proxy Statement for the registrant's 2012 Annual Meeting of Shareholders.

European Urban Outfitters store located in London. We opened our first Free People store in the Garden State Plaza Mall in Paramus, New Jersey in November 2002. We opened our first Terrain garden center in Glen Mills, Pennsylvania in April 2008. We opened our first European Anthropologie store in London in October 2009. In August 2011, we opened our first BHLDN store in Houston, Texas.

In 1984 we established the Free People wholesale division to develop, in conjunction with Urban Outfitters, private label apparel lines of young women's casual wear that could be effectively sold at attractive prices in Urban Outfitters stores.

Our fiscal year ends on January 31. All references in this discussion to our fiscal years refer to the fiscal years ended on January 31 in those years. For example, our fiscal 2012 ended on January 31, 2012.

Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and amendments to those reports filed with, or furnished to, the SEC pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended, are available free of charge on our investor relations website, *www.urbanoutfittersinc.com*, as soon as reasonably practicable after we electronically file such material with, or furnish such material to, the SEC. We will voluntarily provide electronic or paper copies (other than exhibits) of our filings free of charge upon written request. You may also obtain any materials we file with, or furnish to, the SEC on its website at *www.sec.gov*.

**Retail Stores**

***Urban Outfitters.*** Urban Outfitters targets young adults aged 18 to 28 through its unique merchandise mix and compelling store environment. We have established a reputation with these young adults, who are culturally sophisticated, self-expressive and concerned with acceptance by their peer group. The product offering includes women's and men's fashion apparel, footwear and accessories, as well as an eclectic mix of apartment wares and gifts. Apartment wares range from rugs, pillows and shower curtains to books, candles and novelties. Stores average approximately 9,000 square feet of selling space, and typically carry an estimated 55,000 to 60,000 stock keeping units ("SKUs"). Our stores are located in large metropolitan areas, select university communities, specialty centers and enclosed malls. Our stores accommodate our customers' propensity not only to shop, but also to congregate with their peers. As of January 31, 2012, we operated 197 Urban Outfitters stores in North America and Europe, as well as four websites and the Urban Outfitters catalog. We plan to open approximately 23 Urban Outfitters stores, globally, in fiscal 2013. Urban Outfitters' North American and European store sales accounted for approximately 31.4% and 5.9% of consolidated net sales, respectively, for fiscal 2012.

***Anthropologie.*** Anthropologie tailors its merchandise and inviting store environment to sophisticated and contemporary women aged 28 to 45. Anthropologie's unique and eclectic product assortment includes women's casual apparel and accessories, shoes, home furnishings and a diverse array of gifts and decorative items. The home furnishings range from furniture, rugs, lighting and antiques to table top items, bedding and gifts. Stores average approximately 7,200 square feet of selling space, typically carry an estimated 45,000 to 50,000 SKUs and are located in specialty retail centers, upscale street locations and enclosed malls. As of January 31, 2012, we operated 168 Anthropologie stores in North America and Europe, as well as two websites and the Anthropologie catalog. We plan to open approximately 14 Anthropologie stores, globally, in fiscal 2013. Anthropologie's North American and European store sales accounted for approximately 32.8% and 0.9% of consolidated net sales, respectively, for fiscal 2012.

**Exhibit 4:**
**Screener and Main Questionnaire**

MMR Strategy Group
16501 Ventura Blvd., Suite 601
Encino, CA 91436

Study #606-001
May, 2012

**CLOTHING STUDY**
**- Screener-**

**Market**

**PRACTICE**

**Respondent ID#**

**#**

| Edited By: | Field Service: | Validated By: |
|---|---|---|
| Start Time: AM/PM | End Time: AM/PM | Length of Interview: |

| **LOCATION:** | **AGE:** | **CELLS (ASSIGNED BY PROGRAM):** |
|---|---|---|
| Practice..........00 | Male | Cell 1 Blue Circle .......... 1 |
| | 16-30..........1 | Cell 2 Orange Square .......... 2 |
| | 31-60..........2 | |
| | Female | |
| | 16-30..........1 | |
| | 31-60..........2 | |

***INTERVIEWER INSTRUCTIONS: PLEASE READ EACH QUESTION EXACTLY AS WRITTEN AND ALLOW THE RESPONDENT SUFFICIENT TIME TO ANSWER BEFORE PROCEEDING TO THE NEXT QUESTION. DO NOT CHANGE THE WORDING OF ANY QUESTION.***

Hello, I'm ____________. MMR, a marketing research firm, is conducting a consumer survey. For this survey, we would like to ask you a few questions. We are not selling anything. This is strictly a confidential survey. If you do not know the answer to a question or do not have an opinion, please say so.

S1. Before I begin, I need to make sure that I am getting a representative sample. Could you please tell me your age? **(READ CATEGORIES IF NECESSARY) (CIRCLE ONE NUMBER)**

| | | |
|---|---|---|
| **TERMINATE. ERASE AND RE-USE SCREENER** | Under age 16 | 1 |
| **CONTINUE TO S2** | Age 16 to 30 | 2 |
| **CONTINUE TO S2** | Age 31 to 60 | 3 |
| **TERMINATE. ERASE AND RE-USE SCREENER** | Over age 60 | 4 |
| **TERMINATE. ERASE AND RE-USE SCREENER** | Refused | 5 |

***Terminate Q.S1: Under 16***

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

***Terminate Q.S1: Over Quota 16-30***

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

***Terminate Q. S1: Over Quota 31-60***

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

***Terminate Q. S1: Over age 60***

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

***Terminate Q. S1: Refused***

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

S2. **RECORD GENDER (CIRCLE ONE NUMBER)**

Male........................................................ 1
Female..................................................... 2

S3. **CHECK AGE/GENDER QUOTA (CIRCLE ONE NUMBER)**

**TERMINATE. ERASE AND RE-USE SCREENER** Quota filled .................................. 1
**CONTINUE TO S4** Quota not filled ............................. 2

*Terminate Q.S3: Over Quota Males*

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Terminate Q.S3: Over Quota Females*

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

S4. During the next 6 months, at which of the following stores, if any, do you think you will shop? Do you think you will shop at...? **(READ LIST AND CIRCLE ONE NUMBER FOR EACH)**

| | Yes | No | Don't Know |
|---|---|---|---|
| a. American Eagle | 1 | 2 | 9 |
| b. Target | 1 | 2 | 9 |
| c. Urban Outfitters | 1 | 2 | 9 |
| d. Gap | 1 | 2 | 9 |

**IF S4b or S4c = YES, CONTINUE TO S5; OTHERWISE TERMINATE. ERASE AND RE-USE SCREENER.**

*Terminate Q.S4: Target AND Urban Outfitters – No/Don't Know*

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

S5. <u>During the next 6 months</u>, which of the following types of clothing, if any, do you think you, personally, will buy? Do you think you will buy ...? **(READ LIST AND CIRCLE <u>ONE</u> NUMBER FOR EACH)**

| | Yes | No | Don't Know |
|---|---|---|---|
| a. Khaki pants | 1 | 2 | 9 |
| b. A V-neck sweater | 1 | 2 | 9 |
| c. Plaid shorts | 1 | 2 | 9 |
| d. A graphic or screened t-shirt | 1 | 2 | 9 |
| e. Leather flip flops | 1 | 2 | 9 |

**IF S5d = YES, CONTINUE TO S6; OTHERWISE TERMINATE. ERASE AND RE-USE SCREENER.**

*Terminate Q.S5: A Graphic or Screened T-Shirt – No/Don't know*

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

S6. Do you or does anyone in your household...? **(READ LIST AND CIRCLE <u>ONE</u> NUMBER FOR EACH)**

| | Yes | No |
|---|---|---|
| a. Work at this mall | 1 | 2 |
| b. Work for a company that makes or sells clothing | 1 | 2 |
| c. Work in the entertainment or publishing business | 1 | 2 |
| d. Work in marketing research or advertising research | 1 | 2 |
| e. Work for a company that is a licensor, licensee, or other provider of pictures or images | 1 | 2 |

**IF S6a, b, c, d <u>AND</u> e = NO, CONTINUE TO S7; OTHERWISE TERMINATE. ERASE AND RE-USE SCREENER.**

*Terminate Q.S6: Security Screen a or b or c or d or e - Yes*

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

S7. During the past 3 months, have you participated in a survey at a mall? **(CIRCLE ONE NUMBER)**

**TERMINATE. ERASE AND RE-USE SCREENER** Yes.............................................1

**CONTINUE TO S8** No ..............................................2

| *Terminate Q.S7: Participated In Survey - Yes* | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |

S8. Do you know anyone who has participated in this survey or did anyone tell you about this survey before now? **(CIRCLE ONE NUMBER)**

**TERMINATE. ERASE AND RE-USE SCREENER** Yes.............................................1

**CONTINUE TO S9** No ..............................................2

| *Terminate Q.S8: Know Anyone Who Participated or Told About Survey - Yes* | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |

S9. Do you live in this area or are you visiting from somewhere else? **(CIRCLE ONE NUMBER)**

**CONTINUE TO S10** Lives in this area ...........................1

**TERMINATE. ERASE AND RE-USE SCREENER** Visiting from somewhere else.........2

| *Terminate Q.S9: Visiting from somewhere else* | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |

S10. When you are shopping for clothes, do you usually wear eyeglasses or contact lenses? **(CIRCLE ONE NUMBER)**

**CONTINUE TO S11** Yes.............................................1

**SKIP TO S12** No ..............................................2

S11. Are you wearing your contact lenses or do you have your eyeglasses with you today? **(CIRCLE ONE NUMBER)**

**CONTINUE TO S12** Yes.............................................1

**TERMINATE. ERASE AND RE-USE SCREENER** No ..............................................2

| *Terminate Q.S11: Wearing Contact Lenses or Have Eyeglasses - No* | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |

S12. For the second part of this study, I would like to show you a consumer product and ask you a few questions. To do this, I need to take you to our interviewing room. This will take only a few minutes, and in appreciation for your cooperation we will pay you $_. **(CIRCLE ONE NUMBER)**

| | |
|---|---|
| **TAKE RESPONDENT TO INTERVIEWING AREA** | Respondent agreed........................ 1 |
| **TERMINATE. ERASE AND RE-USE SCREENER** | Respondent refused....................... 2 |

***Terminate Q.S12: Respondent Refused***

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**VERIFICATION INFORMATION**

Q103. Would you please tell me what your telephone number is? A supervisor will call you in the next week or so to verify that you participated in this interview and that you received your $__. Other than that, nobody will contact you.

a. Telephone number? Home (________) ______________________________

Cell (________) ______________________________

b. And your name? ______________________________

*FIRST NAME* *LAST NAME*

c. And the city and state where you live? ______________________________

*CITY* *STATE*

d. The best time for a supervisor to reach you? ______________________________

*BEST TIME*

e. Respondent signature: ______________________________

f. Those are all my questions. Thank you very much.

**RESPONDENT ID #**__________

***CERTIFICATION PAGE***

**AT COMPLETION OF THE INTERVIEW, INTERVIEWER SHOULD COMPLETE Q104 TO Q105 BELOW**

Q104. RECORD DATE OF INTERVIEW: ______________________________

Q105. I hereby certify that the information contained in this questionnaire is a true and accurate record of this respondent's comments as they were given to me.

| **INTERVIEWER ID #** | **INTERVIEWER SIGNATURE** | **DATE** |
|---|---|---|

***NOW HAND THE COMPLETED SCREENER AND VERIFICATION PAGE TO YOUR ON-SITE SUPERVISOR TO INSPECT THE DOCUMENTS AND COMPLETE Q106 BELOW.***

**ON-SITE SUPERVISOR:**

Q106. I hereby certify that I have:

- *a.* ***REVIEWED THE SCREENER FOR COMPLETENESS*** .................... ❑
- *b.* ***CHECKED THE RESPONDENT'S ID FOR AGE*** .................... ❑
- *c.* ***CHECKED THE VERIFICATION PAGE FOR COMPLETENESS*** .................... ❑
- *d.* ***HANDED THE RESPONDENT A $_ TOKEN OF APPRECIATION*** .................... ❑
- *e.* ***HAD THE RESPONDENT SIGN THE CERTIFICATION PAGE*** .................... ❑
- *f.* ***ENSURED THAT THE INTERVIEWER HAS FILLED OUT AND SIGNED Q104-Q105*** ....... ❑
- *g.* ***ENSURED THAT THE PRODUCT WAS IN CORRECT BAG*** .................... ❑
- *h.* ***ATTACHED THE SCREENER TO THE VERIFICATON AND CERTIFICATION PAGES*** ... ❑

| **SUPERVISOR ID #** | **SUPERVISOR SIGNATURE** | **DATE** |
|---|---|---|

**RESPONDENT:**

*Q107 Please Read and Sign*

I acknowledge that I was interviewed on the date. During this interview, I was shown a t-shirt and asked some questions about the t-shirt. The answers I have given are truthful expressions of my opinions.

#

**RESPONDENT ID**

[RANDOMLY ASSIGN QUALIFIED RESPONDENTS TO CELL 1 OR CELL 2.
CELL 1 = BLUE CIRCLE
CELL 2 = ORANGE SQUARE.]

INTERVIEWER: EXCUSE YOURSELF AND RETRIEVE THE SHIRT WITH THE PRODUCT STICKER INDICATED BY YOUR CELL ASSIGNMENT. MAKE SURE THAT THE COMPUTER SCREEN IS NOT VISIBLE TO THE RESPONDENT.
[PROMPT INTERVIEWER TO REMOVE THE T-SHIRT FROM THE BAG.

| NO OTHER PRODUCTS SHOULD BE IN THIS ROOM DURING THE ENTIRE INTERVIEW. |
|---|

PNUM1.
INTERVIEWER: PLEASE LOOK AT THE FRONT INSIDE HEM OF THE SHIRT. WHAT STICKER IS ON THE FRONT INSIDE HEM OF THE SHIRT?

SELECT ONE RESPONSE.

BLUE CIRCLE STICKER ❑

ORANGE SQUARE STICKER ❑

PNUM2
INTERVIEWER: DOES THE STICKER ON THE FRONT INSIDE HEM OF THE SHIRT MATCH THE STICKER ON THE BAG?

SELECT ONE RESPONSE.

YES ❑

NO ❑

[IF PNUM 2 IS "NO" RETRIEVE ANOTHER BAG WITH ASSIGNED PRODUCT STICKER AND REPEAT PNUM 1 AND PNUM2]
[IF PNUM1 DOES NOT MATCH THE ASSIGNED PRODUCT STICKER, SHOW TEXT BELOW AND ASK PNUM1 AGAIN. REASK ONLY 1 TIME, AND CLEAR ORGINAL ANSWER. IF PRODUCT STICKER DOES NOT MATCH WHEN RE-ASKED, TERM.]

[INTERVIEWER IF PNUM1 DOES NOT MATCH ASSIGNED PRODUCT STICKER] THE PRODUCT STICKER ENTERED DOES NOT MATCH YOUR CELL ASSIGNMENT. PLEASE CHECK THAT YOU HAVE THE CORRECT PRODUCT AND RE-ENTER THE PRODUCT STICKER. YOU SHOULD BE USING PRODUCT STICKER [INSERT ASSIGNED PRODUCT STICKER]

**CLOTHING STUDY**
**- Main Questionnaire -**

| ***INTERVIEWER INSTRUCTIONS: PLEASE READ EACH RESPONDENT INSTRUCTION AND EACH QUESTION EXACTLY AS WRITTEN. ALLOW THE RESONDENT SUFFICIENT TIME TO ANSWER EACH QUESTION BEFORE ASKING THE NEXT ONE.*** |
|---|

B. I would like to show you a t-shirt, and then I will ask you a few questions. **(PAUSE)**

**[INTERVIEWER: CLICK HERE AFTER READING INSTRUCTION]** ............................ ❑

C. ***HAND SHIRT TO RESPONDENT***

**[INTERVIEWER: CLICK HERE TO CONFIRM YOU GAVE THE T-SHIRT FROM BAG TO RESPONDENT]** ............................ ❑

D. Please look at this t-shirt the way you normally do when you are clothes shopping. **(PAUSE)** Take as long as you would like, and then tell me when you are finished. **(PAUSE)**

...........**[INTERVIEWER: CLICK HERE AFTER RESPONDENT SAYS HE/SHE WAS FINISHED]** ............................ ❑

E. Now, I would like to ask you a few questions about this t-shirt. **(PAUSE)** Before I begin I would like to assure you that there is no right or wrong answer. **(PAUSE)** If you do not know the answer to a question or do not have an opinion, please say so. **(PAUSE)** Please do not guess.

**[INTERVIEWER: CLICK HERE AFTER READING INSTRUCTION]** ............................ ❑

## PART 2. QUESTIONNAIRE

Q1a. Who do you think made or put out this particular t-shirt? **(RECORD RESPONDENT'S EXACT WORDS)**

| |
|---|
| |

Q1b. What makes you think this? **(RECORD RESPONDENT'S EXACT WORDS)**

| |
|---|
| |

Q1c. Any other reasons? **(RECORD RESPONDENT'S EXACT WORDS)**

| |
|---|
| |

Q2a. Next, I am going to read you a question that has three answer choices. **(PAUSE)** Please allow me to read the whole question before answering. **(PAUSE)** After I am done, if you want me to read the question again, just ask me. **(PAUSE)**

Now, with respect to this particular t-shirt, do you think...? **(READ CATEGORIES AND SELECT ONE RESPONSE)**

**[RANDOMIZE ORDER OF FIRST 2 RESPONSES. "NO OPINION" IS ALWAYS LAST.]**

| | | |
|---|---|---|
| **ASK Q2b** | That someone endorsed this particular t-shirt, | ❑ |
| **GO TO Q2c** | That no one endorsed this particular t-shirt, | ❑ |
| **GO TO Q3a** | Do you have no opinion? | ❑ |

Q2b. Who do you think endorsed this particular t-shirt? **(RECORD RESPONDENT'S EXACT WORDS)**

| |
|---|
| |

Q2c. What makes you think this? **(RECORD RESPONDENT'S EXACT WORDS)**

| |
|---|
| |

Q2d. Any other reasons? **(RECORD RESPONDENT'S EXACT WORDS)**

| |
|---|
| |

Q3a. This question has three answer choices. **(PAUSE)** Once again, please allow me to read the whole question before answering. **(PAUSE)**

Now, with respect to the makers of this particular t-shirt, do you think...? **(READ CATEGORIES AND SELECT ONE RESPONSE)**

**[RANDOMIZE ORDER OF FIRST 2 RESPONSES. "NO OPINION" IS ALWAYS LAST.]**

| | | |
|---|---|---|
| **ASK Q3b** | That they did receive permission or approval from someone to make or put out this particular t-shirt ........................ | ❑ |
| **GO TO Q3c** | That they did not receive permission or approval from someone to make or put out this particular t-shirt ........................ | ❑ |
| **GO TO Q101** | Do you have no opinion? .......................................................... | ❑ |

Q3b. Who do you think gave their permission or approval for this particular t-shirt to be made or put out? **(RECORD RESPONDENT'S EXACT WORDS)**

| |
|---|
| |

Q3c. What makes you think this? **(RECORD RESPONDENT'S EXACT WORDS)**

| |
|---|
| |

Q3d. Any other reasons? **(RECORD RESPONDENT'S EXACT WORDS)**

| |
|---|
| |

**[PROVIDE THE FOLLOWING INSTRUCTION, EVEN IF RESPONDENT SKIPS Q3b-d: INTERVIEWER: PUT THE T-SHIRT BACK IN THE BAG.]**

## PART 3. BACKGROUND INFORMATION

Q101. Now, I would just like to verify your age. Are you...? **(READ CATEGORIES AND SELECT <u>ONE</u> RESPONSE)**

Age 16 to 30 .............................................2
Age 31 to 60 .............................................3

Q102. **RECORD GENDER (SELECT <u>ONE</u> RESPONSE)**

Male.........................................................1
Female......................................................2

**INTERVIEWER: Read to respondent:** Those are all of the questions I have. Thank you for participating in this survey. Please do not discuss the subject of this interview, what you saw, the questions you were asked, or the answers you gave, with anyone else. It is very important that each person we talk with has not been influenced by anyone else's opinions or experiences. Now we just have to fill out a little paperwork so I can give you a gift in appreciation for your time and cooperation.

**INTERVIEWER: PLEASE FILL OUT THE VERIFICATION PAGE AND THE CERTIFICATION PAGE, THEN CLICK HERE** ❑

**INTERVIEWER: HAVE EACH RESPONDENT SIGN THE VERIFICATION INFORMATION PAGE AND THE CERTIFICATION PAGE. SELECT "DONE" TO SUBMIT THE SURVEY.**

**Exhibit 5:**
**Interviewer and Supervisor Instructions**

**MMR STRATEGY GROUP**
Marketing & Management Research

16501 Ventura Boulevard, Suite 601, Encino, CA 91436 • Phone (818) 464-2400 • Fax (818) 464-2399 • www.mmrstrategy.com

Study #606-001
T-Shirt Study
May 2012

**INTERVIEWER INSTRUCTIONS**

**OVERVIEW**

MMR Strategy Group is conducting a nationwide consumer survey about t-shirts. Interviewers will administer a screening form to a representative sample of persons age 16-60 at your mall to identify whether they are eligible for the survey. To be eligible, the person must think he/she will shop at Target or Urban Outfitters during the next 6 months, and that he/she will buy a graphic or screened t-shirt during the next 6 months. Individuals also must satisfy a variety of other eligibility criteria.

Individuals will be screened for eligibility at the mall, and eligible survey respondents will be taken to an interviewing room where they will be shown one t-shirt and then asked a series of questions about it. Eligible survey respondents who complete the survey will be given a cash incentive.

**BRIEFING**

All personnel involved in the study must attend a personal briefing before working on this project. At the briefing, your supervisor will read through the Interviewer's Instructions along with you. All interviewers must do **at least one Practice Screener and one Practice Interview (including Practice Verification Page and Practice Certification Page) during the briefing.** The practice screeners and practice verification and certification pages are printed on buff/beige paper.

On the questionnaire URL, select "Practice" on the first page to begin a practice interview. Only select "Live" for actual live interviews.

All Practice Screeners and Practice Interviews must be monitored and reviewed by the supervisor—and have any problems cleared up—before actual interviewing begins. It is your responsibility to be sure that you completely understand:

1. How to administer the paper screener
2. How to enter the screener responses
3. How to administer the main questionnaire
4. How and when to display the product
5. How and when to fill out the verification page
6. How and when to fill out the certification page

**Each interviewer is to read his/her Interviewer Instructions and sign them. Each interviewer's signed instructions are to be stapled to his/her practice screener, practice verification page and practice certification page and returned at the end of the study.**

**SCREENING FOR ELIGIBILITY AND CONDUCTING INTERVIEWS**

A representative sample of persons age 16 to 60 at your mall will be screened for eligibility. Your local supervisor has been provided with quotas for males and females in the following age groups: 16 to 30 and 31 to 60.

**Approaching Potential Respondents** – You should approach and screen shoppers in a systematic manner (e.g., either every shopper or every nth shopper) until each quota group is filled. If you approach a group of shoppers, you should only screen and qualify one person in the group for the survey. You must screen for this project only. You may not "double screen" or "piggyback." For example, if the individual has been screened for another study, he/she is ineligible for this one. Also, if the individual lives in the same household as another person who was interviewed for this survey, he/she is not eligible.

**DO NOT INTERVIEW ANYONE WITH A HEARING, LANGUAGE OR SIGHT DISABILITY**

- **<u>Screening Forms</u>** – If someone you are screening is not eligible for this study, erase the responses and reuse the screener. All completed screening forms will be sent to MMR Strategy at the end of the study.
- **<u>Interviewing Hours and Interviewing Quotas</u>** – Your supervisor will assign you your interviewing hours. Interviews will be conducted on different days at different times of the day, with most of the interviews being conducted in the evenings or weekends. A supervisor must be on site during all interviews. We have requested that each interviewer assigned to the project complete a similar number of interviews with eligible survey respondents. Give all completed interviews to your supervisor, even if you inadvertently complete more than the target number of interviews overall or for a particular quota group.

**<u>SCREENER AND QUESTIONAIRE ADMINISTRATION</u>**

Your supervisor has been provided with the screening forms (for you to use to determine whether an individual is eligible for the survey), verification and certification pages (for respondents who complete the survey), and t-shirts. The t-shirts should be stored in the corresponding bags you have been provided when interviews are not being conducted.

Interviewer instructions are **CAPITALIZED AND PRINTED IN BOLD** on the screening form and questionnaire. Follow these instructions carefully. Do <u>not</u> read words in **BOLD CAPITAL LETTERS** to the survey respondent. Read each question in the screening form and questionnaire exactly as written and allow respondents as much time as he/she needs to answer before proceeding to the next question. Do <u>not</u> change the wording of any question, and ask only the questions included on the screening form and questionnaire. Do <u>not</u> "probe" for additional answers except when instructed to do so in the questionnaire (e.g., when the questionnaire instructs you to ask for "Any other reasons?")

You should not interpret specific items or instructions in the screening form or questionnaire. If asked to do so, you should indicate that you do not want to bias sample members' responses in any way. You may offer to reread a question and ask the survey respondent to use his/her best judgment. If you repeat a question, be sure to repeat the entire question.

**<u>RECORDING ANSWERS</u>**

When you record answers on the screening form and questionnaire, be sure that you record a respondent's entire answer. <u>Always record a survey respondent's exact words and do not omit any words or part of a respondent's answer.</u> If necessary, you may ask a respondent to repeat his/her entire answer to ensure that you have recorded it accurately.

<u>Do not paraphrase</u> or use abbreviations when recording answers. For example, a survey respondent may say "No, nothing else" when asked the question "Any other reasons?" If this occurs, record the survey respondent's exact words (e.g., do not write "nfi" to indicate no further information). Use proper punctuation and capitalization when recording verbatim answers. However, do <u>not</u> use parentheses when you record a survey respondent's answers. If you make an error on the screener or certification forms, you may cross something out with a single line, but do <u>not</u> erase or "white out" anything.

**<u>INTERVIEWER RESPONSIBILITIES AT THE END OF EACH INTERVIEW</u>**

At the end of each interview, review the screening form to ensure the following: (a) all applicable questions in the screening form, verification page and certification page were asked, (b) the person who was interviewed is eligible for the survey based on his/her answers to the screening form, and (c) you accurately recorded answers on the questionnaire and screening form and legibly recorded answers on the screener, (d) you folded the t-shirt and put it back in the bag.

**<u>VERIFICATION</u>**

We are requesting a telephone number from each survey respondent for verification purposes, and we would like a supervisor to verify that this is a working telephone number. Do not accept a pager number. For quality control purposes, MMR Strategy will attempt to contact by telephone <u>all</u> persons who were interviewed to confirm their participation.

**<u>CONFIDENTIALITY</u>**

Survey respondents' answers should be kept confidential at all times.

**QUALITY CONTROL**
You will be monitored throughout data collection to ensure that you follow the survey instructions, properly administer the screening form and the questionnaire, and record answers completely and accurately. If you have any questions or problems, contact your supervisor immediately and he/she will contact MMR Strategy.
**QUOTA ASSIGNMENT/QUOTA LINK**
Your quota will be assigned by your supervisor. A quota link will be emailed to your location to help keep track of completes by age and gender quotas. Everyone working on this project should have access to the quota link. Check the quota link before recruiting to ensure that you complete the full quota. The questionnaire link will terminate a respondent if a quota has been filled.

**ADMINISTERING THE SCREENER AND QUESTIONNAIRE**
**Screener**
You will be screening for respondents from the mall floor to be interviewed. Qualified respondents are males and females 16-60 years old who:

- QS1. Are needed for an age quota group
- QS2. Are needed for a gender quota group
- QS4. Think they will shop at Target or Urban Outfitters in the next 6 months
- QS5. Think they will buy a graphic or screened t-shirt in the next 6 months
- QS6. Do not personally or anyone living in the household work at this mall, for a company that makes or sells clothing, in the entertainment or publishing industries, in marketing research or advertising research, or for a company that is a licensor, licensee, or other provider of pictures or images
- QS7. Have not participated in a survey in a mall in the past 3 months
- QS8. Do not know anyone who has participated in this survey, and have not heard about this survey from anyone else before now
- QS9. Live in the local area (is not visiting from out of town)
- QS10-11. Have eyeglasses/contact lenses with them if needed
- QS12. Are willing to participate

**Main Questionnaire**

- Escort the respondent to the interview room. No products should be in the room.
- Open the Questionnaire URL.
- Select "Live" for live interviews. Select "Practice" if you are conducting a practice interview.
- Select your market.
- Read the interviewer introduction and click "Next"
- **Electronic Screener**
  - Select the responses to Q.S1- Q.S12 from the paper screener. **On each screen, verify that you have selected the correct response before clicking the "Next" button. NON-QUALIFYING RESPONSES WILL TERMINATE THE SURVEY AND THE RESPONDENT ID# WILL NO LONGER BE VALID. YOU ARE NOT ALLOWED TO GO BACK IN THE SURVEY.**
- **Main Questionnaire**
  - **Retrieve the product indicated by the program.** No other products should be in the room.
  - **After respondent finishes examining the product, place product on table in front of the respondent.**
  - **Note that the order of certain responses will rotate. You must read the question and responses exactly as shown on the screen.**

**VERIFICATION AND CERTIFICATION PAGES**
At the end of main questionnaire, the interviewer and respondent must fill out the verification and certification pages.

On the verification page, record the respondent's telephone number, name, and other contact information. The respondent ID is already printed on this page.

On the certification page:
1.  Respondent reads and signs the appropriate space
2.  Interviewer reads and signs the appropriate space
3.  Staple the completed certification page to the back of the screener

If the respondent refuses to sign, his/her initials are acceptable.

Study #606-001
Clothing Study
May, 2012

**INTERVIEWER BRIEFING VERIFICATION FORM**

**Interviewer Name (Please Print):** ______________________________

**Interviewer Signature:** ______________________________

**Date of Briefing:** ______________________________

**Company:** ______________________________

**Location:** ______________________________

**MMR** STRATEGY GROUP
Marketing & Management Research

16501 Ventura Boulevard, Suite 601, Encino, CA 91436 • Phone (818) 464-2400 • Fax (818) 464-2399 • www.mmrstrategy.com

Study #606-001
Clothing Study
May 2012

**SUPERVISOR INSTRUCTIONS**

**OVERVIEW**

MMR Strategy Group is conducting a nationwide consumer survey about t-shirts. Interviewers will administer a screening form to a representative sample of persons age 16 to 60 at your mall to identify whether they are eligible for the survey. To be eligible, the person must think he/she will shop at Target or Urban Outfitters during the next 6 months, and that he/she will buy a graphic or screened t-shirt during the next 6 months. Individuals must also satisfy a variety of other eligibility criteria.

Individuals will be screened for eligibility at the mall, and eligible survey respondents will be taken to an interviewing room where they will be shown one t-shirt and then asked a series of questions about it. Eligible survey respondents who complete the survey will be given a cash incentive.

**INTERVIEWER EXPERIENCE**

STAFFING: Each interviewer working on this study should not complete less than 5 interviews or more than 12.

- You will need experienced interviewers. Do not use any inexperienced or "new" interviewers.
- The interviewers should familiarize themselves with the stimuli before starting the interview.
- Interviewers who exhibit problems with survey administration or validation will be asked to stop working on the study and all completed interviews from the problem interviewer will be discarded.

**BRIEFING**

All personnel involved in the study must attend a personal briefing. You may schedule more than one training session if necessary to accommodate the schedule of staff working at your mall (e.g., if different staff work on weekends).

At the briefing, read through the Interviewer's Instructions along with the interviewers. Read it completely while reviewing the material with the interviewers. All interviewers must do **at least one Practice Screener and one Practice Interview (including Practice Verification and Certification Pages) during the briefing.** The practice screeners, practice verification and certification pages are printed on buff/beige paper.

On the questionnaire URL, select "Practice" on the first page to begin a practice interview. Only select "Live" for actual live interviews.

**If you are the supervisor and you conduct interviews for this study, you must also complete a practice interview and return it to MMR.**

All practice screeners and practice interviews must be monitored and reviewed by the supervisor—and have any problems cleared up—before actual interviewing begins. It is your responsibility to be sure that each interviewer completely understands:

7. How to administer the paper screener
8. How to enter the screener responses
9. How to administer the main questionnaire
10. How and when to display the product
11. How and when to fill out the verification form
12. How and when to fill out the certification page

**Each interviewer is to read his/her Interviewer Instructions and sign them. Each interviewer's signed instructions are to be stapled to his/her practice screener, practice verification page and practice certification page and returned at the end of the study.**

**DATA COLLECTION PERIOD AND INTERVIEWER QUOTAS**
Interviewing will begin immediately after the training is completed and will be conducted over the next several days. Interviews should be conducted on different days and at different times of the day, with most of the interviews being conducted in the evenings or weekends. Each interviewer assigned to the project should complete a similar number of interviews with eligible survey respondents.

**SCREENING FOR ELIGIBILITY**
A representative sample of shoppers at your mall will be screened for eligibility. You will be provided with quotas for men and women in the following two age groups: 16 to 30 and 31 to 60. Interviewers should approach and screen shoppers in a systematic manner (e.g., either every shopper or every nth one) until each quota has been filled. When an interviewer approaches a group of shoppers, the interviewer should only screen and qualify one person in the group for the survey. If an individual has been screened for another survey being conducted at your mall, he/she is not eligible for this survey. Also, if an individual lives in the same household as another person who was interviewed for this survey, he/she is not eligible to be interviewed.

If a person does not qualify during the screening process, please erase the responses and reuse the screener.

**SCREENER AND QUESTIONNAIRE ADMINISTRATION**
You have been provided with screening forms (for interviewers to use to determine whether an individual is eligible for the survey) and four t-shirts, two of each design. The t-shirts should be stored in their proper bags when interviews are not being conducted. The interview will be conducted online by an interviewer.

The program will assign the cell. The interviewer will excuse him/herself and retrieve the bag with the sticker indicated in the program. Please make sure that the shirt and the bag have the same sticker.

Interviewer instructions are printed in **BOLD CAPITAL LETTERS** on the screening form and in the online survey. You should monitor interviewers to ensure that they follow these instructions carefully. Interviewers should not read words in **BOLD CAPITAL LETTERS** to the survey respondent. They should read each question in the screening form and the online questionnaire exactly as written and allow the survey respondent as much time as he/she needs to answer before proceeding to the next question. Interviewers should not change the wording of any questions, and they ask only the questions included on the screening form and questionnaire. Interviewers should not probe for additional answers except when instructed to do so in the questionnaire (e.g., when the questionnaire instructs the interviewer to as for "Any other reasons?")

Interviewers should not interpret specific items or instructions in the screening form and questionnaire. If asked to do so, the interviewer should indicate that he/she does not want to bias sample member's responses in any way. The interviewer may offer to reread a question and ask the survey respondent to use his/her best judgment. If the interviewer repeats a question, he/she should repeat the entire question.

**RECORDING ANSWERS**
When interviewers record survey respondents' answers to open-ended questions, they should record a survey respondent's exact words and not omit any words or part of a respondent's answer. If necessary, an interviewer may ask a respondent to repeat his/her entire answer to ensure that the answer was accurately recorded.

Interviewers must not paraphrase or use abbreviations when recording answers. For example, a survey respondent may say "No, nothing else" when asked the question "Any other reasons?" If this occurs, the interviewer should record the survey respondent's exact words (e.g., he/she should not write "nfi" in indicate no further information). Interviewers should use correct punctuation and capitalization when recording verbatim answers. However, they should not use parentheses when recording survey respondents' verbatim answers.

**SUPERVISION AND SUPERVISOR QUALITY CONTROL**

A supervisor must be on site during all interviews and there should be ongoing monitoring throughout the study to ensure that the screening forms and questionnaires are administered according to the Interviewer Instructions and the instructions in the survey. An on-site supervisor should review completed screening forms to ensure the following:

a. All screening questions were answered;
b. Each person who was interviewed about the t-shirt is eligible based on his/her answers in the screening form;
c. All applicable items in the screening form were asked, and the interviewer accurately and legibly recorded the respondent's answers on the survey materials;
d. The verification form was completed and signed;
e. The interviewer signed the certification form.

After the on-site supervisor has completed his/her review and ensured that the interview was conducted properly, he/she should sign the certification form.

**VERIFICATION PAGE**

We are requesting a telephone number from each survey respondent for verification purposes, and we would like a supervisor to verify that this is a working telephone number. Pager numbers are not acceptable. For quality control purposes, MMR will attempt to contact by telephone all persons who were interviewed to confirm their participation. Email or fax the verification pages to MMR every day. Staple completed verification page to back of the screener.

**CERTIFICATION PAGE**

At the end of the main questionnaire, the interviewer and respondent must fill out the certification page.

1. Respondent reads and signs the appropriate space
2. Interviewer reads and signs the appropriate space
3. Staple the completed certification page to the back of the screener

If the respondent refuses to sign, his/her initials are acceptable.

**DAILY REPORTING**

A log of completed interviews should be e-mailed to Debbie Lesnick (dlesnick@mmrstrategy.com) daily. Also, email or fax the completed verification forms to Debbie every day. The fax number is 818-464-2399.

**SHIPPING INSTRUCTIONS**

Please keep all materials until instructed to return them to MMR. Do not dispose of any unused materials. When instructed, please send back all completed materials via FedEx. We have provided you with our FedEx number. Include all completed screeners, verification forms, certification forms, practice screeners, and t-shirts to:
Debbie Lesnick
MMR Strategy Group
16501 Ventura Blvd., Suite 601
Encino, CA 91436

**VALIDATION**

You are not to phone validate, MMR will independently validate each interviewers work.

**SCHEDULE**

In this shipment is a study schedule. The schedule outlines the study dates AND instructions for shipments of completed screeners, products, and field materials. Make sure all related personnel are familiar with this schedule.

**STUDY MANAGEMENT**

This study is being managed by Debbie Lesnick at MMR Strategy Group. If there are any questions or problems please contact her directly:

**Office: (818) 464-2404**
**Cell: (818) 635-7237**
**Fax: (818) 464-2399**
dlesnick@mmrstrategy.com

Study #606-001
Clothing Study
May, 2012

**SUPERVISOR BRIEFING VERIFICATION FORM**

**Supervisor Name (Please Print):** ______________________________

**Supervisor Signature:** ______________________________

**Date of Briefing:** ______________________________

**Company:** ______________________________

**Location:** ______________________________

**Exhibit 6:**
**Validation Questionnaire**

MMR Strategy Group
16501 Ventura Boulevard, Suite 601
Encino, CA 91436

Study #606-001
May, 2012

CLOTHING STUDY
**VALIDATION QUESTIONNAIRE**

**[TO PERSON ANSWERING PHONE]**
A. May I speak with **[NAME]**?

**[IF PERSON NOT AVAILABLE, SCHEDULE CALL BACK; OTHERWISE CONTINUE]**

**[PROMPT: TO PERSON FROM LIST]**
Hello, I'm __________ from MMR, a national market research company. I am calling to thank you for recently participating in our study. I would like to verify some information; it will only take a minute.

**Q.1**: Did you recently participate in an interview where you were shown a t-shirt and were asked some questions about the product?

Yes
No--**TERMINATE**
Don't know/can't remember--**TERMINATE**

**Q.2**: Do you think that you will buy a graphic or screened t-shirt during the next 6 months?

Yes
No--**TERMINATE**
Don't know/can't remember--**TERMINATE**

**Q.3**: Do you think that you will shop at Target during the next 6 months?

Yes
No
Don't know/can't remember

**Q.4**: Do you think that you will shop at Urban Outfitters during the next 6 months?

Yes
No
Don't know/can't remember

**[RESPONDENT MUST ANSWER YES TO EITHER Q.3 OR Q.4]**

Thank you again for participating in our survey.