UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRUCE LEE ENTERPRISES, LLC,
                  Plaintiff,

-v-

A.V.E.L.A. INC. AND LEO VALENCIA, AN
INDIVIDUAL, URBAN OUTFITTERS, INC., AND
TARGET CORPORATION,
                  Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 14 2012

10 Civ. 02333 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has reviewed the parties' summary judgment papers and has identified the following deficiencies:

    First, numerous of the citations in Plaintiff's briefs refer to various exhibits—some of them voluminous—without specifying the specific pages of those exhibits that Plaintiff intends the Court to consider. No later than November 20, 2012, Plaintiff is directed to file a revised version of each of its briefs that provides, for each citation, the specific page number(s) to which Plaintiff intends to refer the Court. The Court notes that this is not an opportunity for Plaintiff to revise the substance of their briefs, nor is this an opportunity for Plaintiff to submit or cite additional evidence that has not already been submitted with or cited in their papers. Rather, it is only intended to require the Plaintiff to specify for the Court the particular pages the Court should consider with regard to each citation that is already found in the Plaintiff's papers.

    Second, in response to a letter from Defendants requesting leave to file a twenty page reply brief in support of their motion for summary judgment, the Court authorized a fifteen page reply brief and noted that the Court encourages brevity. (Dkt. No. 220). Nonetheless, Defendants ignored the Court's order and submitted a twenty page reply brief in support of their motion for summary judgment. (Dkt. No. 219). The Court hereby strikes the last five pages (pp. 16-20) of Defendants' reply brief.

    SO ORDERED:

Dated: November 14, 2012
       New York, New York

                                          _____
                                             ALISON J. NATHAN
                                           United States District Judge