UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE LEE ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>A.V.E.L.A., INC., and LEO VALENCIA, an Individual, URBAN OUTFITTERS, INC., and TARGET CORPORATION,<br><br>Defendants. | Case No. 1:10-cv-2333 (MEA)<br><br>ECF Case |

**NOTICE OF MOTION TO WITHDRAW AS AN ATTORNEY OF RECORD**

    PLEASE TAKE NOTICE that, upon the accompanying declaration of Melissa W. Woo, Esq, dated January 20, 2014, the accompanying Memorandum of Law, and pursuant to Local Civil Rule 1.4 of the Southern District of New York, Melissa W. Woo, respectfully moves this Court for an Order granting (i) leave to withdraw as an attorney of record for Defendants A.V.E.L.A., Inc., Leo Valencia, Urban Outfitters and Target Corporation.

Dated: January 20, 2014                  MELISSA W. WOO

                                              BY: /s/ Melissa W. Woo_____
                                                     Melissa W. Woo
                                                     2647 Gateway Road, Suite 105-550
                                                   Carlsbad, CA 92009
                                                   Phone: (877) 787-4855
                                                   Fax: (877) 787-6855
                                                   Melissaw@counselatlaws.com

                                                   One of the Attorneys for
                                                   Defendants A.V.E.L.A., Inc. Leo
                                                   Valencia, Urban Outfitters, Inc. and
                                                   Target Corporation

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused true and correct copies of the foregoing Notice of Motion to Withdraw as an Attorney of Record for Defendants to be served via the ECF system for the Southern District of New York, which will effectuate service on the following counsel of record:

Theodore Minch
Sovich Minch, LLP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055

Bonnie Lynn Mohr
Law Office of Bonnie L. Mohr
236 W. 26th Street, Suite 303
New York, NY 10001

James R. Steffen
Faegre Baker Daniels
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402-3901

  I hereby certify that I caused true and correct copies of the foregoing Notice of Motion to Withdraw as an Attorney of Record for Defendants to be served via first class mail to:

A.V.E.L.A., Inc. and Leo Valencia
1135 Terminal Way, Number 209
Reno, Nevada, 89502

Urban Outfitters, Inc.
5000 S. Broad Street
Philadelphia, PA 19112
Attn: Michael Silbert, Esq.

  This 20st day of January, 2014.

              /s/Melissa W. Woo
              Melissa W. Woo