UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
BRUCE LEE ENTERPRISES, LLC,

                **Plaintiff,**

      - against -                          1:10 C 2333 (MEA)
                                                       ORDER

A.V.E.L.A., INC., and LEO VALENCIA,
an individual, URBAN OUTFITTERS, INC.,
and TARGET CORPORATION,

                **Defendants.**
-----------------------------------------------------------

MARVIN E. ASPEN, United States District Judge:

      We received Michael Adelman's April 1, 2014 letter, informing us of his recent appearance as counsel for Urban Outfitters, Inc. in this matter and requesting a continuance of the trial for 60 days.  Plaintiff shall file a response to this request no later than 9 a.m. (Eastern) tomorrow morning, April 3, 2014.  It is so ordered.

                                                      */s/ Marvin E. Aspen*
                                                       Marvin E. Aspen
                                                      United States District Judge

Dated:       Chicago, Illinois
                April 2, 2014