UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRUCE LEE ENTERPRISES, LLC

      Plaintiff,

vs.                                   CASE NO. 1:10-cv-2333 (MEA)

A.V.E.L.A., INC., and LEO VALENCIA,
an Individual, URBAN OUTFITTERS, INC., and   THE HONORABLE
TARGET CORPORATION,                    MARVIN E. ASPEN

      Defendants.
------------------------------------------------------------X

## ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. RULE 41 (a)(1)(A)(ii) AS TO DEFENDANT URBAN OUTFITTERS, INC.

Plaintiff BRUCE LEE ENTERPRISES, INC. ("BLE") and defendants A.V.E.L.A., INC. ("AVELA") and LEO VALENCIA ("LV"), individually, having filed their Stipulation of Dismissal with Prejudice under Fed. Rule 41(a)(1)(A)(ii) as to defendants AVELA and LV, only, and the Court having reviewed said Stipulation and, being duly advised in this matter, now finds that the same should be entered as an Order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that BLE's claims against defendants AVELA and LV, and, in turn, AVELA and / or LV's claims against BLE, are hereby dismissed with prejudice pursuant to the terms of a certain Settlement Agreement and Release entered into by and between BLE, AVELA, and LV on April 9, 2014.

DATED: 4/16/14

Marvin E. Aspen
United States District Court Judge
Southern District of New York

Distribution:

Theodore J. Minch
Sovich Minch, LLP
tjminch@sovichminch.com

James R. Steffen, Esq.
Faegre Baker Daniels LLP
jrsteffen@faegre.com

Michael O. Adelman, Esq.
Drinker Biddle & Reath LLP
Michael.Adelman@dbr.com

Erach F. Screwvala, Esq.
Screwvala LLC
erach@screwvalallc.com